quiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1869. IN RE DISBARMENT OF STEINBERG. Henry Mathew Steinberg, of San Francisco, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–22. HEDGES v. STUMBO ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. M–23. IN RE DOE. Motion for leave to file petition for writ of certiorari under seal denied.

No. 96–679. PISCATAWAY TOWNSHIP BOARD OF EDUCATION v. TAXMAN. C. A. 3d Cir. [Certiorari granted, 521 U. S. 1117.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–827. CRAWFORD-EL v. BRITTON. C. A. D. C. Cir. [Certiorari granted, 520 U. S. 1273.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1578. PHILLIPS ET AL. v. WASHINGTON LEGAL FOUNDATION ET AL. C. A. 5th Cir. [Certiorari granted, 521 U. S. 1117.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1400. CALIFORNIA ET AL. v. DEEP SEA RESEARCH, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 520 U. S. 1263.] Motion of the Acting Solicitor General for divided argument granted, and the time for oral argument is allotted as follows: petitioners, 25 minutes; respondent Deep Sea Research, Inc., 25 minutes; and the Acting Solicitor General, 10 minutes. Motion of Columbus-America Discovery Group et al. for leave to participate in oral argument as *amici curiae* denied.

No. 96–8516. BOUSLEY v. BROOKS, WARDEN. C. A. 8th Cir. [Certiorari granted, 521 U. S. 1152.] Motion for appointment of counsel granted, and it is ordered that L. Marshall Smith, Esq.,